OPINION — AG — **** ALCOHOLIC BEVERAGE CONTROL BOARD — AUTHORITY **** THE ALCOHOLIC BEVERAGE CONTROL BOARD DOES NOT HAVE THE AUTHORITY TO PASS RULES AND REGULATIONS IN AREAS NOT SPECIFICALLY AUTHORIZED BY LEGISLATION. ABSENT 37 O.S. 1971 536.1 [37-536.1], THE BOARD IS WITHOUT AUTHORITY TO ENACT A RULE REQUIRING AFFIRMATION OF PRICES OF LIQUOR WHOLESALERS. CITE: 37 O.S. 1971 514 [37-514](1), 37 O.S. 1971 521 [37-521], 37 O.S. 1971 533 [37-533] (DANIEL J. GAMINO)